UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :      SEALED INDICTMENT
                                    :
        - v. -                      :      12 CRIM 585
                                    :
IOANNIS VIGLAKIS,                   :
    a/k/a "Pablo,"                  :
                                    :
        Defendant.                  :
                                    :
- - - - - - - - - - - - - - - - - -x

## COUNT ONE

### ATTEMPT TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION

The Grand Jury charges:

### BACKGROUND

*Fuerzas Armadas Revolucionarias de Colombia*

1.   From in or about 1964 until on or about the date of filing of this Indictment, the Fuerzas Armadas Revolucionarias de Colombia (the "Revolutionary Armed Forces of Colombia" or "FARC") has been and is an international terrorist group dedicated to the violent overthrow of the democratically elected Government of Colombia. To further its terrorist activities, the FARC actively engages in narcotics trafficking as a financing mechanism and has evolved into the world's largest supplier of cocaine. The FARC is styled as a military group and is comprised of thousands of armed guerillas.

2.   In October 1997, the United States Secretary of State designated the FARC as a foreign terrorist organization

JUDGE JONES

pursuant to Section 219 of the Immigration and Nationality Act. The Secretary of State re-designated the FARC as a foreign terrorist organization on October 2, 2003, and October 11, 2005. The FARC remains so designated as of the date of the filing of this Indictment.

3. Over the past several years, the FARC has directed violent acts against United States persons and commercial and property interests in foreign jurisdictions, including, but not limited to, Colombia. In particular, the FARC leadership has ordered FARC members to kidnap and murder United States citizens and to attack United States interests in order to dissuade the United States from continuing its efforts to assist the Colombian government's initiative to fumigate and disrupt the FARC's cocaine and cocaine paste manufacturing and distribution activities. The FARC's violent acts directed against the United States and United States interests have included: (1) the murder of United States nationals; (2) the kidnapping of United States nationals; and (3) the bombing of a restaurant in Bogota, Colombia, frequented by United States nationals.

4. To further its terrorist and narcotics trafficking activities, the FARC actively attempts to obtain automatic rifles, ammunition, machine guns, explosives and other types of weapons from other entities.

<u>The Defendant and the Scheme to Provide Weapons
to the FARC in Exchange for Cocaine and Cash</u>

5. IOANNIS VIGLAKIS, a/k/a "Pablo," the defendant, is an arms trafficker and a narcotics trafficker who resides in Greece and has connections to weapons suppliers located in Eastern Europe and elsewhere.

6. From at least in or about November 2011, up to and including in or about August 2012, IOANNIS VIGLAKIS, a/k/a "Pablo," the defendant, had meetings and phone conversations with a Drug Enforcement Administration ("DEA") confidential source ("CS-1") in Europe and Central America to negotiate a weapons transaction. CS-1 told VIGLAKIS that he (CS-1) was seeking weapons for use by the FARC to, among other things, attack American forces in Colombia. VIGLAKIS offered to provide the FARC with military-grade weapons - including assault rifles, rocket-propelled grenade ("RPG") launchers and surface-to-air missiles ("SAMs") - in exchange for kilograms of cocaine and cash. VIGLAKIS later caused to be delivered to CS-1 a sample of three RPG launchers and six RPGs in Athens, Greece.

7. During the course of his negotiations with CS-1, IOANNIS VIGLAKIS, a/k/a "Pablo," the defendant, participated in the following meetings, telephone calls, and e-mail communications with CS-1, among others:

    a. On or about November 1, 2011, in Madrid, Spain, VIGLAKIS participated in a consensually recorded meeting

with CS-1, at which VIGLAKIS gave CS-1 a handwritten list of the types of weapons that VIGLAKIS could provide, including AK-47 assault rifles, sniper rifles, semi-automatic handguns, hand grenades, RPG launchers, and Russian-made SAMs, and told CS-1 that he would be willing to receive payment for weapons in a combination of cocaine and cash.

    b. On or about December 6, 2011, in Panama City, Panama, VIGLAKIS participated in a consensually recorded meeting with CS-1, at which VIGLAKIS and CS-1 discussed the FARC's use of weapons to fight the Colombian and American governments, and VIGLAKIS provided CS-1 with digital images of various types of weapons that he could provide, including AK-47s, sniper rifles, RPG launchers, and Russian-made SAMs.

    c. On or about February 14, 2012, in Athens, Greece, VIGLAKIS participated in a consensually recorded meeting with CS-1, at which VIGLAKIS explained to CS-1, among other things, the kinds of weapons that the FARC would need to shoot down American aircraft, and told CS-1 that "heat seekers [SAMs] . . . are expensive but they really do the job. They go straight for the plane and shoot it down. . . . the plane goes down. Finished."

    d. On or about March 21, 2012, VIGLAKIS had a consensually recorded telephone conversation with CS-1, in which he told CS-1, in substance and in part, that he had three RPG

-4-

launchers available for €14,000 each.

  e. In or about June 2012, VIGLAKIS advised CS-1 by e-mail, in substance and in part, that he could provide the above-referenced three RPG launchers in Athens, Greece.

  f. On or about June 20, 2012, in Athens, Greece, VIGLAKIS participated in a consensually recorded meeting with CS-1, at which VIGLAKIS discussed the arrival date of a sample of RPG launchers, the FARC's desire to purchase additional weapons, and VIGLAKIS's desire to purchase cocaine from CS-1.

  g. On or about June 21, 2012 and June 22, 2012, VIGLAKIS had consensually recorded telephone conversations with CS-1, in which he told CS-1, in substance and in part, that the transfer of the RPG launchers would have to be delayed due to logistical issues related to their transport into Greece.

  h. On or about June 27, 2012, VIGLAKIS sent an e-mail to CS-1 informing CS-1 that two of the RPG launchers had in fact arrived in Greece.

  i. On or about July 18, 2012, in Athens, Greece, VIGLAKIS participated in a consensually recorded meeting with CS-1 while they waited for the RPG launchers to be delivered at a nearby parking lot. During the course of the meeting, a taxi driver arrived at the parking lot and dropped off several packages to a DEA undercover agent (the "UC"). The UC opened the packages, which contained three RPG launchers, six RPGs, and

related equipment. After receiving the packages, the UC contacted CS-1 and advised CS-1 that the deal had been successfully completed. Shortly thereafter, the UC left the parking lot and joined VIGLAKIS and CS-1. The UC then gave VIGLAKIS a plastic bag containing $55,000 in cash as payment for the RPG launchers and other items that had just been delivered.

STATUTORY ALLEGATIONS

8. On or about July 18, 2012, in an offense occurring in and affecting foreign commerce, and begun and committed outside of the jurisdiction of any particular State or district of the United States, IOANNIS VIGLAKIS, a/k/a "Pablo," the defendant, who will be first brought to and arrested in the Southern District of New York, did knowingly attempt to provide weapons and other material support and resources to a foreign terrorist organization, namely, the FARC, which was designated as a foreign terrorist organization in October 1997 by the United States Secretary of State, re-designated as such on October 2, 2003 and October 11, 2005, and is currently designated as such as of the date of the filing of this Indictment, knowing that the FARC engages and has engaged in terrorist activity (as defined in section 212(a)(3)(B) of the Immigration and Nationality Act), and that the FARC engages and has engaged in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), to wit, VIGLAKIS arranged for the

delivery of three rocket-propelled grenade launchers and six rocket-propelled grenades to a law enforcement officer acting in an undercover capacity in or around Athens, Greece.

(Title 18, United States Code, Sections 2339B(a)(1), (d)(1), 3238, and 2.)

## COUNT TWO

### POSSESSION OF A FIREARM

The Grand Jury further charges:

9. On or about July 18, 2012, in an offense begun and committed outside of the jurisdiction of any particular State or district of the United States, IOANNIS VIGLAKIS, a/k/a "Pablo," the defendant, who will be first brought to and arrested in the Southern District of New York, knowingly did use and carry a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, to wit, VIGLAKIS arranged for the delivery of a destructive device, to wit, a rocket-propelled grenade launcher and a rocket-propelled grenade, to a law enforcement officer acting in an undercover capacity in or around Athens, Greece, during and in relation to, and in furtherance of, the attempt to provide material support charged in Count One.

(Title 18, United States Code, Sections 924(c)(1)(A), (B)(ii), 3238, and 2.)

## FORFEITURE ALLEGATION

(As to Count One)

10. As a result of committing the terrorism offense alleged in Count One of this Indictment, IOANNIS VIGLAKIS, a/k/a "Pablo," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(G) and 2332b(g)(5), and Title 28, United States Code, Section 2461:

    a. all right, title, and interest in all assets, foreign and domestic;

    b. all right, title, and interest in all assets, foreign and domestic, affording a source of influence over the FARC;

    c. all right, title and interest in all assets, foreign and domestic, acquired and maintained with the intent and for the purpose of supporting, planning, conducting, and concealing a Federal crime of terrorism against the United States, citizens and residents of the United States, and their property; and

    d. all right, title and interest in all assets, foreign and domestic, derived from, involved in, and used and intended to be used to commit a Federal crime of terrorism against the United States, citizens and residents of the United States, and their property;

including, but not limited to, a sum of money representing the value of the property described above as being subject to forfeiture.

## Substitute Assets Provision

11. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the

-8-

defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853(p), and Title 28, United States Code, Section 2461, to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981(a)(1)(G) and 2332b(g)(5); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

IOANNIS VIGLAKIS,
a/k/a "Pablo,"

Defendant.

---

<u>SEALED INDICTMENT</u>

12 Cr.

(Title 18, United States Code, Sections
2, 924(c), 2339B, and 3238.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

8/2/12
MB

Indictment filed under seal
with arrest warrants issued as
to the deft.... Ellis, USMJ.