Law offices of

# JUSTIN LEVINE

859 CONCOURSE VILLAGE WEST
BRONX, NEW YORK 10451
(718) 992-9601
Fax: (718) 293-2891
e-mail:  justlevine@aol.com

Member NY & NJ Bar

March 26, 2014

Honorable Katherine B. Forrest
United States District Judge
500 Pearl Street
New York, NY 10007

Re: U.S. v. Ioannis Viglakis
**12-CR-585-01(KBF)**

Honorable Madam,

    After filing my motion to adjourn sentence in the above matter I received a confirmation that it had been received together with a Motion to Preclude  This was clearly an error and I ask that the court disregard that portion of the faulty filing.

Respectfully,

---------/s/--------------
Justin Levine, Esq

Cc: AUSA Chris Everdell
    AUSA Aimee Hector
    USPO Wanda Whitney