Law offices of
## JUSTIN LEVINE
859 CONCOURSE VILLAGE WEST
BRONX, NEW YORK 10451
(718) 992-9601
Fax: (718) 293-2891
e-mail: justlevine@aol.com

Member NY & NJ Bar

March 26, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 7 2014

Honorable Katherine B. Forrest
United States District Judge
500 Pearl Street
New York, NY 10007

Re: U.S. v. Ioannis Viglakis
12-CR-585-01(KBF)

Honorable Madam,

I respectfully request that the sentence of the above referenced defendant, presently scheduled for Friday, April 11, 2014 be adjourned for approximately forty-five (45) days. I have sought and received the consent of the government, my client and the probation office for this request. This is the first and only request ever made for this relief.

Mr. Viglakias' case is somewhat complicated. In preparing for sentencing I have encountered issues of United States national security and have sought the aid of alleged operatives in Greece. I am convinced that there is merit to Mr. Viglakis' claims of assistance to the U.S. government that may mitigate in his favor. I have informed the government of these issues and they have neither denied nor confirmed their existence. There are also factual issues regarding the 1st disclosure of the PSI.

Granting of this request will permit me to adequately prepare and provide the government with an ample opportunity to respond.

Respectfully,

---------/s/--------------
Justin Levine, Esq

Cc: AUSA Chris Everdell
    AUSA Aimee Hector
    USPO Wanda Whitney

Ordered:

the Court will adjourn the sentencing to 5/12 at 1pm only.

SO ORDERED: MAR 2 7 2014

K. B. Forrest
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE