Law offices of
# JUSTIN LEVINE
859 CONCOURSE VILLAGE WEST
BRONX, NEW YORK 10451
(718) 992-9601
Fax: (718) 293-2891
e-mail: justlevine@aol.com

Member NY & NJ Bar

July 15, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 16 2014

Honorable Katherine B. Forrest
United States District Judge
500 Pearl Street
New York, NY 10007

Re: U.S. v. Ioannis Viglakis
12-CR-585-01(KBF)

Honorable Madam,

    I respectfully request that the sentence of the defendant presently scheduled for July 18, 2014, be adjourned for approximately two (2) weeks. I have sought and received the consent of the government for this request.
    Three days ago I received the government's 20 page sentencing submission, which took some time to digest. I then sought to review it with my client over the weekend, but there was yet another problem with attorney visiting facilities at the MCC. As there are other documents relevant to sentencing which must be addressed and I still must meet with my client, all parties agree that a brief adjournment would serve the ends of justice.
    In response to Your Honor's order issued today and in light of the foregoing, I cannot, without conferring with my client, say whether there are factual discrepancies with the government's submission. Regardless, I doubt that a Fatico hearing will be necessary.
    Last, my client tells me that he wrote and mailed a letter to Your Honor over three weeks ago yet it has not been received. I am trying to locate that letter.
    Accordingly, I respectfully request that the sentence in the above-referenced matter be adjourned to on or about August 1, 2014
    I must serve this letter via fax as my ECF capabilities are temporarily disabled.

Respectfully,

---------/s/---------
Justin Levine, Esq

Cc: AUSA Chris Everdell
    AUSA Aimee Hector

*Handwritten order:*

Ordered

We will adjourn the actual sentencing but meet at a conference on Friday, July 18 at 12pm to discuss the factual submissions. Sentencing now set for 7/30/14 at 10 am.

K.B. Forrest
USDJ

7/16/14