

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 17, 2014

**BY HAND**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 1 7 2014

    Re:    **United States v. Ioannis Viglakis,**
               **S1 12 Cr. 585 (KBF)**

Dear Judge Forrest:

    As requested, enclosed please find two binders containing transcripts for those meetings and telephone calls for which the Government had completed final transcripts[1] at the time of the defendant's plea.

                                  Respectfully submitted,

                                  PREET BHARARA
                                  United States Attorney for the
                                  Southern District of New York

               By:        */s/ Aimee Hector*
                         Aimee Hector, Michael Lockard,
                         Christian Everdell
                         Assistant United States Attorneys
                         (212) 637-2203/2193/2556

cc:    Counsel of record

*[Handwritten annotation:]* Ordered
Post to docket.
7/17/14
K.D. Forrest [?]
USDJ

---

[1] Please note, because it is referenced in the Government's Sentencing submission, we have also included a summary of the telephone call on July 25, 2012, which has not been fully transcribed.