UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

UNITED STATES OF AMERICA

        -v-                                    12 Cr. 585 (KBF)

IOANNIS VIGLAKIS,                       ORDER
                Defendant.

------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

The conference in this matter, currently scheduled for Friday, July 18, 2014, is hereby adjourned to Monday, July 21, 2014, at 10:00 a.m.

SO ORDERED.

Dated:     New York, New York
            July 18, 2014

                                                  KATHERINE B. FORREST
                                                  United States District Judge